TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00553-CV

Gail Spector, Appellant

v.

Joseph S. Spector, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 97-09501, HONORABLE JOSEPH H. HART, JUDGE PRESIDING 

PER CURIAM

 Gail Spector has filed a motion to dismiss this appeal. No opposition has been
filed. However, she has not paid the fee for this motion despite notice of that deficiency, nor has
she paid the fee for filing this appeal. Accordingly, we dismiss her motion and dismiss the appeal
for want of prosecution.

Before Chief Justice Aboussie, Justices Powers and Kidd

Dismissed for Want of Prosecution

Filed: December 29, 1998

Do Not Publish